| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>Reahienia M Williams | |



Order Filed on February 11, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: __20-10291__

Hearing Date: __2/11/20__

Chapter: __13__

Judge: __Altenburg__

# ORDER RESOLVING ORDER TO SHOW CAUSE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 11, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2

This matter having come before the Court on an Order to Show Cause Why the Case Should Not Be Dismissed For Failure to Meet The Credit Counseling Requirements;

It is hereby **ORDERED** that

_xx_   The credit counseling certificate(s) that has been filed by the debtor(s) is satisfactory.   The Court finds that the debtor(s) now have met the credit counseling requirements of the Bankruptcy Code.  The case may proceed in the normal course.

___   Other: _____

_____